IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD COLE; BRADFORD COLE; )
CARL JUSTICE; MICHAEL MASSEY; )
and DON WEGENER )
)  No. 3-14-2022
v. )
)
AMERICAN SPECIALTY HEALTH )
NETWORK, INC.; AMERICAN )
SPECIALTY HEALTH, INC.; CIGNA )
CORPORATION, INC.; JOHN DOES )
A, B, & C; and JANE DOES A, B & C )

O R D E R

Counsel for the parties appeared at the scheduled initial case management conference on February 19, 2015, at which time the following matters were addressed:

1. By February 26, 2015, the plaintiffs shall file part of the contract at issue, as agreed upon by the defendants. In that filing, the plaintiffs shall also refile the exhibits attached to the response (Docket Entry No. 38) with descriptions as directed by the Clerk on February 12, 2015.

2. The defendants shall have until March 11, 2015, to file replies to the plaintiffs' response to their motions to dismiss (Docket Entry Nos. 28 and 31).

3. Upon the parties' request, the initial case management conference is RESCHEDULED to **Wednesday, May 6, 2015, at 1:00 p.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

Prior to May 6, 2015, the parties shall file a revised, proposed initial case management order, with the modifications and other matters discussed on February 19, 2015.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the defendants' motions to dismiss and accompanying filings (Docket Entry Nos. 28-32), the plaintiffs' supplemental filing of exhibits to be submitted by February 26, 2015, and the defendants' replies to be filed by March 11, 2015.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge