IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD COLE, BRADFORD COLE,      )
CARY JUSTICE, MICHAEL MASSEY,      )
and DON WEGENER,      )
ET AL.,      )
      )
     Plaintiffs,      )
      )
v.      )   NO. 3:14-cv-02022
      )   JUDGE CAMPBELL
AMERICAN SPECIALTY HEALTH      )
NETWORK, INC., AMERICAN      )
SPECIALTY HEALTH, INC., CIGNA      )
CORPORATION, INC., JOHN DOES A,      )
B, & C, and JANE DOES A, B, &C,      )
      )
     Defendants.      )

**ORDER**

     Pending before the Court are motions to dismiss filed by Cigna Corporation, Inc. ("Cigna") (Docket No. 28) and by American Specialty Health Network, Inc. ("ASH") (Docket No. 31). For the reasons stated in the accompanying memorandum opinion, the Court DENIES the motions as to Plaintiffs' contract of adhesion claim and GRANTS it as to the remainder of Plaintiffs' claims. Specifically, Plaintiffs' claims for breach of contract/unjust enrichment, wrongful trover/conversion, constructive trust, negligence, negligence per se, and accounting are DISMISSED.

     IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE