IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD COLE et. al. | ) |
| | ) |
| v. | ) Case No. 3:14-2022 |
| | ) |
| AMERICAN SPECIALTY HEALTH | ) |
| NETWORK, INC. et. al. | ) |

# O R D E R

A case management conference was held on November 4, 2015, pursuant to case management orders entered on May 11, 2015 (Docket Entry Nos. 48 and 49) to address the status of the case, the potential for settlement, propriety of ADR, and any outstanding discovery issues or disputes. Counsel appearing were: Amber Shaw for Plaintiffs; Britt Latham and Elizabeth Mann for Defendants American Specialty Health Network, Inc. and American Specialty Health, Inc; and, Harold Pinkley and Joshua Simon for Defendant Cigna Corporation, Inc. Based on the discussion at the case management conference, the case management orders (Docket Entry Nos. 48 and 49) are modified as follows:

1. The November 9, 2015 deadline for substantial completion of written discovery is extended and the new deadline is **November 20, 2015**. Written discovery shall continue on a rolling basis until that date.

2. The November 16, 2015 deadline for the parties to exchange lists of all fact witnesses they wish to depose is extended and the new deadline is **December 4, 2015**.

3. Any discovery-related motions, the deadline for which is December 14, 2015, shall be accompanied by a joint statement of the parties describing in detail the specific discovery requests or issues in dispute and the reasons why the issues or disputes cannot be resolved.[1]

---

[1] While the parties may also provide any legal authority that would be helpful to the Court's analysis, they are encouraged to strive for simplicity and not something akin to a law review article.

1

4. Any timely-filed discovery-related motions will be heard on **Friday, January 8, 2016, at 1:00 p.m. Central time**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. If no discovery-related motions are filed, the hearing will automatically be cancelled without any further action by counsel necessary.

5. By not later than **December 4, 2015**, either: (i) counsel shall submit an agreed order substituting named defendants for the John Does and Jane Does defendants or (ii) Plaintiff shall take such other action as is necessary to address the propriety of and authority for continuing against John Does and Jane Does defendants.

6. By not later than **November 13, 2015**, lead counsel for Plaintiffs[2] shall confer with all Defendants' counsel about the potential for settlement and whether the parties want to participate in some sort of formal ADR.

7. A telephonic case management conference, to be initiated by Mr. Latham, shall be held on **Tuesday, May 17, 2016, at 1:00 p.m. Central time**, to address the status of the case, the potential for settlement and propriety of ADR, any outstanding discovery issues (including regarding expert discovery), and any other case management matters as appropriate.

8. Except as modified herein, all other provisions of the previously entered case management orders (Docket Entry Nos. 48, 49, and 56) shall remain in full force and effect.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[2] Counsel stated at the case management conference that it was commonly understood who should participate in this conference, but for the sake of clarity and to avoid any potential confusion or disagreement, it is expected that one or more of the following counsel for Plaintiffs, with authority to discuss settlement on behalf of Plaintiffs, will participate in this conference: J. Houston Gordon, Lyle Reid, and/or Charles Robert Bone.