UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD COLE, BRADFORD COLE CARY JUSTICE, MICHAEL MASSEY and DON WEGENER, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SPECIALTY HEALTH NETWORK, INC., AMERICAN SPECIALTY HEALTH, INC., CIGNA CORPORATION, INC., JOHN DOES A, B, & C, and JANE DOES A, B, & C, <br><br> Defendants. | Case No. 3:14-cv-02022 <br><br> Judge Todd J. Campbell <br> Magistrate Judge Holmes |

## STIPULATION OF DISMISSAL OF ACTION

Plaintiffs seek a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendants have agreed to that dismissal. Therefore, the parties hereby submit this stipulation of dismissal, which has been signed by all parties who have appeared in this action.

Respectfully submitted,

/s/ *Amber Griffin Shaw* _____
Amber Griffin Shaw
J. Houston Gordon
Lyle Reid
Law Office of J. Houston Gordon
114 W. Liberty Ave., Suite 300
Covington, TN 38019
ashaw@lawjhg.com
lawjhg@comcast.net

*Attorneys for Plaintiffs*

*/s/ Britt K. Latham (by permission)*
Britt K. Latham (#23149)
Meredith M. Thompson (#25536)
**BASS BERRY & SIMS PLC**
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-0442
blatham@bassberry.com
mthompson@bassberry.com

Elizabeth D. Mann (CA #106524)
Andrew Z. Edelstein (CA#218023)
MAYER BROWN, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com
aedelstein@mayerbrown.com

*Attorneys for Defendants American Specialty Health Network, Inc. and American Specialty Health, Inc.*


/s/ *Valerie Diden Moore (by permission)*
T. Harold Pinkley, BPR 09830
Amanda Haynes Young, BPR 015472
Valerie Diden Moore, BPR 031593
BUTLER SNOW LLP
150 Third Avenue South, Suite 1600
Nashville, TN 37201
harold.pinkley@butlersnow.com
mandy.young@butlersnow.com
valerie.moore@butlersnow.com
P: (615) 651-6700
F: (615) 651-6701

Joshua B. Simon
Richard W. Nicholson
Laura E. Miller
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10022
joshua.simon@kirkland.com

2

richard.nicholson@kirkland.com
laura.miller@kirkland.com
P: (212) 446-4789
F: (212) 446-4900

*Attorneys for Defendant Cigna Corp.*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on this the 6th day of January, 2016:


**Britt K. Latham**
**Meredith M. Thompson**
BASS BERRY & SIMS PLC
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-0442
blatham@bassberry.com
mthompson@bassberry.com

**Elizabeth D. Mann**
**Andrew Z. Edelstein**
MAYER BROWN, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com
aedelstein@mayerbrown.com

**T. Harold Pinkley**
**Valerie Diden Moore**
**Amanda Haynes Young**
BUTLER SNOW LLP
150 Third Avenue South, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6700
Facsimile:(615) 651-6701
harold.pinkley@butlersnow.com
valerie.moore@butlersnow.com

**Joshua B. Simon**
**Richard W. Nicholson**
**Laura E. Miller**
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10022
P: (212) 446-4789
F: (212) 446-4900
joshua.simon@kirkland.com
richard.nicholson@kirkland.com

laura.miller@kirkland.com

/s/ *Amber Griffin Shaw* _____