IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD COLE, et al. | ) |
| | ) |
| v. | ) NO. 3-14-2022 |
| | ) JUDGE CAMPBELL |
| AMERICAN SPECIALTY HEALTH | ) |
| NETWORK, INC., et al. | ) |

ORDER

Plaintiffs have filed a Stipulation of Dismissal of Action (Docket No. 68) and represent that Defendants have agreed to the dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for April 10, 2017, and the jury trial set for April 18, 2017, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE